371 A.2d 861
Commonwealth v. Morris, Appellant.

Sub-
mitted June 14, 1976. Robert S. Robbins, for appellant;
Steven H. Goldblatt, Assistant District Attorney, and F.
Emmett Fitzpatrick, District Attorney, for Common-
wealth, appellee.

Order affirmed.

371 A.2d 861
Commonwealth v. Neary, Appellant.

Submitted September 11, 1975. R. Barclay Sur-
rick, for appellant; Richard P. Myers, Assistant Dis-
trict Attorney, and F. Emmett Fitzpatrick, District At-
torney, for Commonwealth, appellee.

Order affirmed.